IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Case No. 02-cv-02399-MSK-PAC

CSX TRANSPORTATION, INC.,

    Plaintiff,

v.

MASONRY DESIGNS,

    Defendant.

_____

## ORDER DISMISSING CASE
_____

This matter comes before the court on the Notice of Dismissal **(#21)** filed by Plaintiff CSX Transportation, Inc. The Court, having read the Notice and being advised in the pertinent law and the file, hereby dismisses this matter without prejudice pursuant to Rule 41(a)(1)(i).

DATED this 29th day of September, 2005.

                                                   **BY THE COURT:**

                                                   */s/ Marcia S. Krieger*
                                                   _____

                                                   Marcia S. Krieger
                                                   United States District Judge